IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK BRADFORD,

    Plaintiff,

v.                                                  No. 1:18-cv-00842-KWR-KK

FNU WALDEN, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Mark Bradford's Prisoner Civil Rights Complaint (**Doc. 2**) is **DISMISSED WITH PREJUDICE.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**